IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02255-MSK-MJW

SHANTELL HONEST,

Plaintiff,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES - DIVISION OF YOUTH CORRECTIONS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 19) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 19-1) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date: March 2, 2016